

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

No. 07-15-00140-CV

RAY WINN, APPELLANT

V.

SALLY LAWSON, APPELLEE

On Appeal from the County Court at Law No. 1
Bell County, Texas
Trial Court No. 74271, Honorable Jeanne Parker, Presiding

July 11, 2018

ORDER

Before QUINN, C.J., and PIRTLE and PARKER, JJ.

On or about June 15, 2018, appellee, Sally Lawson, notified this court that she had filed bankruptcy under Chapter 13 of the United States Bankruptcy Code in United States Bankruptcy Court for the Western District of Missouri, Cause No. 17-42999. Appellee initiated the bankruptcy proceeding on November 3, 2017.

Given the notice of bankruptcy and Texas Rule of Appellate Procedure 8.2, this appeal is suspended until further order of this court. The parties are directed to take such action that is appropriate to advise the clerk of this court of any change in the status of

appellant's bankruptcy proceeding which would affect the status of this appeal, including but not limited to the filing of a Motion to Reinstate.

Per Curiam